ALAN M. DETTELBACH (SBN 137540)
Email: adettelbach@troygould.com
ARVIN TSENG (SBN 245648)
Email: atseng@troygould.com
TROYGOULD PC
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2367
Telephone:   (310) 553-4441
Facsimile:   (310) 201-4746

JS-6

Attorneys for Plaintiff
Tarazi Specialty Foods Incorporated

Ruben A. Castellón (SBN 154610)
E-mail: rcastellon@candffirm.com
Alastair F. Hamblin (SBN 282044)
E-mail: ahamblin@candffirm.com
CASTELLÓN & FUNDERBURK LLP
811 Wilshire Boulevard, Suite 1025
Los Angeles, CA 90017
Telephone:   (213) 532 3984

Attorneys for Defendants
Falafel Republic Mediterranean Foods, Inc. &
Gregory Bukuras

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARAZI SPECIALTY FOODS INCORPORATED, a California corporation,<br><br>             Plaintiff,<br>    v.<br><br>FALAFEL REPUBLIC MEDITERRANEAN FOODS, INC., a Massachusetts corporation; GREGORY BUKURAS, an individual; and DOES 1–20,<br><br>             Defendants. | Case No. CV12- 2529 ABC (DTBx)<br><br>[~~PROPOSED~~]<br>ORDER GRANTING JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE WITH COURT RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT |

**TroyGould PC**

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE
WITH COURT RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT

03125-0001 242182.1

Based on the stipulation entered into by and between plaintiff Tarazi Specialty Foods Incorporated and defendants Falafel Republic Mediterranean Foods, Inc. and Gregory Bukuras (collectively, the "Parties") through their respective attorneys of record, and good cause appearing:

IT IS HEREBY ORDERED that:

1.  Pursuant to the Parties' confidential Settlement and Release Agreement, this case is dismissed with prejudice; and

2.  This Court retains jurisdiction to enforce the terms of the parties' Settlement and Release Agreement.

Date: April 25, 2013

*[signature]*

_____

Hon. Audrey B. Collins
United States District Court Judge

**TroyGould PC**

1

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE WITH COURT RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT

03125-0001 242182.1